UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-265 (SDW) |
| | : | |
| v. | : | |
| | : | **ORDER** |
| ANTHONY PETERSON, | : | |
| JAMES HOLMES, and | : | |
| ABDULLAH MUHAMMED | : | |
| | : | |

This matter having been brought before the Court by defendant Abdullah Muhammed (Gary Cutler, Esq., appearing) to request a bill of particulars, and the Court having reviewed the defendant's submission and the government's opposition thereto (Ralph J. Marra, Jr., Acting United States Attorney, by Dennis C. Carletta and Lakshmi Srinivan Herman, Assistant United States Attorneys, appearing); and pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure; and for good cause shown,

IT IS, on this 8th day of June, 2009,

ORDERED that the motion of defendant Abdullah Muhammed for a bill of particulars is hereby DENIED, *without prejudice. Defendant may renew application as trial date nears.*

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

- 1 -