UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-265 (SDW) |
| | : | |
| v. | : | 18 U.S.C. §§ 371, 2113(a), 2113(d), 924(c), and 2 |
| | : | |
| ANTHONY PETERSON, | : | 18 U.S.C. § 924(d), and |
| JAMES HOLMES, and | : | 28 U.S.C. § 2461(c) |
| ABDULLAH MUHAMMED | : | |
| | : | **ORDER** |

**THIS MATTER** having been brought before the Court on behalf of Defendant Abdullah Muhammad, by his attorney, Gary L. Cutler, for an Order quashing the subpoena dated May 6, 2009 to take a saliva and hair sample for DNA analysis from Defendant;

**AND** the Court having reviewed the submissions of the parties, and for good cause shown;

Denied.*

**IT IS HERBY ORDERED THAT** the subpoena is quashed.

Dated: June 22, 2009

Hon. Susan D. Wigenton
United States District Court Judge

\* See Court's prior Order regarding saliva and hair samples.