UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------x

UNITED STATES OF AMERICA          :          Criminal No. 09-265(SDW)
                                  :
          v.                      :
                                  :
                                  :          **ORDER**
ABDULLAH MUHAMMAD          :
------------------------------------------------------x

This matter having come before the Court by application of Gary L. Cutler, counsel to

defendant Abdullah Muhammad; and,

**WHEREAS**, counsel was appointed to represent defendant Muhammad pursuant to the

Criminal Justice Act; and,

**WHEREAS,** counsel's participation in this case began on May 1, 2009 when counsel

represented defendant Muhammad in his arraignment on the indictment; and,

**WHEREAS**, defendant Muhammad was convicted after a jury trial on November 9,

2010; and,

**WHEREAS** counsel seeks one interim payment under the Criminal Justice Act for his

work performed to date to be followed by one supplemental payment for work subsequently

performed;

**IT IS HERBY ORDERED** that counsel is permitted to submit one invoice for interim

payment for work performed to date and one supplemental invoice for work performed between

the date of this order and the conclusion of the matter.

Dated: Nov. 29, 2010

Hon. Susan D. Wigenton
U.S.D.J.